1  **WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR 01-00255-1 PCT-RCB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER**<br>) **AMENDING SUPERVISED RELEASE**<br>) **CONDITION** |
| Craig Alan Milner | ) |
| Defendant. | ) |

IT IS ORDERED amending standard condition number 11 of the defendant's conditions of release to include,

1. The defendant and Ms. Sotier shall be permitted to have telephonic contact;

2. The defendant and Ms. Sotier may have personal contact if approved in advance by the supervising probation officer;

3. Upon successful completion of substance abuse treatment or such effort at completion of substance abuse treatment which in the mind of the probation officer is sufficient and provided that until either of those times occurred, substance abuse tests are and

. . .

remain negative the defendant and Ms. Sotier, shall be permitted to have contact with out advanced approval.

DATED this 1st day of September, 2009.

_____
Robert C. Broomfield
Senior United States District Judge